IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MOSAID TECHNOLOGIES INC., et al. | § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 6:11-cv-00173-MHS |
| FREESCALE SEMICONDUCTOR, INC., INTERPHASE CORPORATION, NVIDIA CORPORATION, ARM INC., AND ARM LTD. | § § § § § § | |
| Defendants. | § § | |

**AGREED MOTION TO DISMISS FREESCALE SEMICONDUCTOR, INC. AND INTERPHASE CORPORATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff, MOSAID Technologies Inc. ("MOSAID"), and Defendants Freescale Semiconductor, Inc. ("Freescale") and Interphase Corporation ("Interphase") have agreed to settle all claims in the above-captioned action. MOSAID, Freescale, and Interphase, therefore, move this Court to dismiss the above-entitled cause and all claims by MOSAID, against Freescale, all claims by MOSAID against Interphase, all claims by Freescale against MOSAID and all claims by Interphase against MOSAID made therein with prejudice to the re-filing of same.

LSI Corporation ("LSI") and Agere Systems LLC ("Agere") contend that they are involuntary plaintiffs, are not parties to the settlement agreement and maintain that they have asserted no claims or causes of action against Freescale and/or Interphase and that, as a result, there are no claims or causes of action for LSI and Agere to dismiss. To the extent any claims or causes of action were alleged by Freescale and Interphase to have been asserted against them,

1

LSI and Agere agree these claims would also be dismissed with prejudice to the re-filing of same.  Furthermore, all claims by Freescale against LSI and Agere, and all claims by Interphase against LSI and Agere made in this lawsuit are dismissed with prejudice to the re-filing of same, with the exception of Freescale's and Interphase's invalidity claims concerning United States Patent Nos. 5,577,230; 5,724,505; 5,958,036; 6,141,762; and 6,256,725, which are dismissed without prejudice.

MOSAID, LSI, Agere, Freescale, and Interphase further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) with respect to MOSAID, LSI, Agere, Freescale, and Interphase shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

**Agreed:**

Dated: February 25, 2013

*Kurt M. Pankratz*
David M. Schlitz
Lead Attorney
District of Columbia Bar No. 333369
E-mail: david.schlitz@bakerbotts.com
BAKER BOTTS, L.L.P.
The Warner
1299 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Kurt M. Pankratz
Texas State Bar No. 24013291
E-Mail: kurt.pankratz@bakerbotts.com
Chad C. Walters
Texas State Bar No. 24034730
E-Mail: chad.walters@bakerbotts.com
Jonathan B. Rubenstein
Texas State Bar No. 24037403
E-Mail: jonathan.rubenstein@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

S. Calvin Capshaw
Texas State Bar No. 03783900
E-Mail: ccapshaw@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

**ATTORNEYS FOR PLAINTIFF
MOSAID TECHNOLOGIES INC.**

Respectfully submitted,

*Timothy J. Heverin (w/permission)*
David L. Witcoff
Lead Attorney
dlwitcoff@jonesday.com
Timothy J. Heverin
tjheverin@jonesday.com
Emily M. Wood
ewood@jonesday.com
JONES DAY
77 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Mark C. Howland
mchowland@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

**ATTORNEYS FOR DEFENDANT
FREESCALE SEMICONDUCTOR, INC.**

3

*Timothy J. Heverin (w/permission)*
David L. Witcoff
Lead Attorney
dlwitcoff@jonesday.com
Timothy J. Heverin
tjheverin@jonesday.com
Emily M. Wood
ewood@jonesday.com
JONES DAY
77 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Terrell R. Miller
tmiller@gardere.com
GARDERE WYNNE SEWELL
1601 Elm Street
3000 Thanksgiving Tower
Dallas, TX 75201
Telephone: (214) 999-4106
Facsimile: (214) 999-3623

Thomas C. Wright
twright@rosewalker.com
Rose Walker, LLP
3500 Maple Avenue, Suite 900
Dallas, TX 75219
Telephone: (214) 580-8619
Facsimile: (214) 752-8700

**ATTORNEYS FOR DEFENDANT INTERPHASE CORPORATION**

*Jane Politz Brand (w/permission)*
Bruce S. Sostek
State Bar No. 18855700
Bruce.Sostek@tklaw.com
Jane Politz Brandt
State Bar No. 02882090
Jane.Brandt@tklaw.com
THOMPSON & KNIGHT LLP
1722 Routh St., Suite 1500
Dallas, Texas 75201
Tel: (214)969-1700
Fax: (214) 969-1751

**ATTORNEYS FOR LSI CORPORATION AND AGERE SYSTEM LLC**

**CERTIFICATE OF SERVICE**

      I certify that on February 25, 2013, all counsel who are deemed to have consented to electronic service are being served with a copy of this document by the Court's Electronic Filing System, under Local Rule CV-5(a)(3)(A).

*Kurt M. Pankratz*
Kurt M. Pankratz
