IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., et al. § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> FREESCALE SEMICONDUCTOR, INC., § <br> INTERPHASE CORPORATION, § <br> NVIDIA CORPORATION, ARM INC., § <br> AND ARM LTD. § <br> § <br> Defendants. § | No. 6:11-cv-00173-MHS |

## ORDER OF DISMISSAL

MOSAID Technologies Inc. ("MOSAID"), and LSI Corporation ("LSI"), and Agere Systems LLC ("Agere"), and Defendants Freescale Semiconductor, Inc. ("Freescale") and Interphase Corporation ("Interphase") have presented an Agreed Motion to Dismiss Freescale Semiconductor, Inc. and Interphase Corporation (Doc. No. 238). The Court having considered the Motion is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against Freescale by MOSAID, and against Interphase by MOSAID herein are dismissed with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that to the extent that Freescale and Interphase allege that any claims were asserted against them by LSI and Agere, such claims are dismissed with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all claims against MOSAID, LSI and Agere by Freescale, and against MOSAID, LSI and Agere by Interphase herein are dismissed with prejudice to the re-filing of same, with the exception of Freescale's and Interphase's invalidity claims concerning United States Patent Nos. 5,577,230; 5,724,505; 5,958,036; 6,141,762; and 6,256,725, which are dismissed without prejudice.

      IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

    **It is SO ORDERED.**

    **SIGNED this 28th day of February, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE