IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MOSAID TECHNOLOGIES INC., LSI CORPORATION, AGERE SYSTEMS LLC | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 6:11-cv-00173-MHS |
| NVIDIA CORPORATION | § § | |
| Defendant. | § § | |

## JOINT MOTION TO DISMISS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, MOSAID Technologies Inc. ("MOSAID"), LSI Corporation ("LSI"), Agere Systems LLC ("Agere"), and NVIDIA Corporation ("NVIDIA") move this Court to dismiss all claims they have against each other in the above-captioned action.

MOSAID and NVIDIA have agreed to dismiss all claims they have against each other in the above-captioned case with prejudice to re-filing of those claims.

LSI and Agere maintain that they have asserted no claims or causes of action against NVIDIA and that, as a result, there are no claims or causes of action for LSI and Agere to dismiss.  To the extent any claims or causes of action were alleged by NVIDIA to have been asserted against it, LSI and Agere agree those claims against NVIDIA would be dismissed with prejudice to the re-filing of same.  NVIDIA has agreed to dismiss all of its claims against LSI and Agere with prejudice to re-filing of those claims.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

1

A proposed Order accompanies this motion.

/s/ Jamie R. Lynn
David M. Schlitz
Lead Attorney
District of Columbia Bar No. 333369
E-mail: david.schlitz@bakerbotts.com
Jamie R. Lynn
District of Columbia Bar No. 987740
E-mail: jamie.lynn@bakerbotts.com
BAKER BOTTS, L.L.P.
The Warner
1299 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:  (202) 639-7700
Facsimile:  (202) 639-7890

Kurt M. Pankratz
Texas State Bar No. 24013291
E-mail: kurt.pankratz@bakerbotts.com
Chad C. Walters
Texas State Bar No. 24034730
E-mail: chad.walters@bakerbotts.com
Jonathan B. Rubenstein
Texas State Bar No. 24037403
E-mail:  jonathan.rubenstein@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas  75201
Telephone:  (214) 953-6500
Facsimile:  (214) 953-6503

S. Calvin Capshaw
Texas State Bar No. 03783900
E-mail: ccapshaw@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas  75601
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787

**ATTORNEYS FOR PLAINTIFF**
**MOSAID TECHNOLOGIES INC.**

/s/ David M. Hoffman
Ruffin Cordell
Lead Attorney
TX Bar No.04820550
FISH & RICHARDSON P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
Tel: (202) 783-5070 / Fax: (202) 783-2331
cordell@fr.com

David M. Barkan
CA Bar No. 160825
Thomas B. Manuel
CA Bar No. 254186
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070 / Fax: (650) 839-5071
barkan@fr.com
manuel@fr.com

David M. Hoffman
TX Bar No. 24046084
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701
Tel: (512) 226-8154 / Fax: (512) 320-8935
dhoffman@fr.com

Christopher Scott Marchese
CA Bar No. 170239
Bryan A. Blumenkopf
CA Bar No. 286266
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Tel: (858) 678-5070 / Fax: (858) 678-5099
marchese@fr.com
blumenkopf@fr.com

**ATTORNEYS FOR DEFENDANT**
**NVIDIA CORPORATION**

/s/ *Jane P. Brandt*
_____
Bruce Sostek
   State Bar No. 18855700
   Bruce.Sostek@tklaw.com
Jane Politz Brandt
   State Bar No. 02882090
   Jane.Brandt@tklaw.com

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (Fax)

**ATTORNEYS FOR LSI CORPORATION
AND AGERE SYSTEMS LLC**

## CERTIFICATE OF SERVICE

I certify that on June 21, 2013, all counsel who are deemed to have consented to electronic service are being served with a copy of this document by the Court's Electronic Filing System, under Local Rule CV-5(a)(3)(A).

*/s/ Jamie R. Lynn*
Jamie R. Lynn