IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MOSAID TECHNOLOGIES INC., LSI CORPORATION, AGERE SYSTEMS LLC | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 6:11-cv-00173-MHS |
| NVIDIA CORPORATION | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

MOSAID Technologies Inc. ("MOSAID"), LSI Corporation ("LSI"), Agere Systems LLC ("Agere"), and NVIDIA Corporation ("NVIDIA") have presented a Joint Motion to Dismiss (Doc. No. 271). The Court having considered the Motion is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the above entitled cause and all claims in this action against NVIDIA by MOSAID, LSI and Agere and against MOSAID, LSI and Agere by NVIDIA are dismissed with prejudice to the re-filing of same. This dismissal includes all claims brought in this action against NVIDIA for the use of any ARM developed technology or designs.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**It is SO ORDERED.**
**SIGNED this 28th day of August, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE