IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MOSAID TECHNOLOGIES INC., LSI CORPORATION, AGERE SYSTEMS LLC | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 6:11-cv-00173-MHS (Lead Case) |
| NVIDIA CORPORATION | § § | |
| Defendant. | § § | |
| ARM LTD., Arm, Inc. | § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 6:12-cv-00008-MHS (Consolidated Case) |
| MOSAID Technologies, Inc. | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

MOSAID Technologies Inc. ("MOSAID") and ARM Inc. and ARM Ltd. (the two collectively "ARM") have presented a Joint Motion to Dismiss (Doc. No. 272). The Court having considered the Motion is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that all claims in this action against MOSAID by ARM and against ARM by MOSAID are dismissed without prejudice to the re-filing of same including that the dismissal of this case shall not have any effect under Rule 41(a)(1)(b) and shall not preclude or impact ARM and MOSAID from litigating any claims in the future.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**It is SO ORDERED.**
**SIGNED this 28th day of August, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE