# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **MOSAID TECHNOLOGIES INC.,** | § | |
| **LSI COPROATION, AND** | § | |
| **AGERE SYSTEMS LLC** | § | |
| | § | |
| **v.** | § | **Cause No. 6:11-cv-173** |
| | § | |
| **FREESCALE SEMICONDUCTORS,** | § | |
| **INC., ET AL.** | § | |

## FINAL JUDGMENT

In accordance with the Court's Orders of Dismissal (Doc. Nos. 273, 274), it is hereby

**ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

It is SO ORDERED.

SIGNED this 30th day of August, 2013.


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE