# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., § <br> LSI COPROATION, AND § <br> AGERE SYSTEMS LLC § <br> § <br> v. § <br> § <br> FREESCALE SEMICONDUCTORS, § <br> INC., ET AL. § | Cause No. 6:11-cv-173 |

### FINAL JUDGMENT

In accordance with the Court's Orders of Dismissal (Doc. Nos. 273, 274), it is hereby

**ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

It is SO ORDERED.

SIGNED this 30th day of August, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE